1  Senthiene Bosavanh, Esq. #249801
2  Law Offices of Jeffrey Milam
   P.O. Box 26360
3  Fresno, California 93729
4  (559) 264-2800
5
6
7  Attorney for Plaintiff
8
9
10                    IN THE UNITED STATES DISTRICT COURT FOR
11
                      THE EASTERN DISTRICT OF CALIFORNIA
12
13
14 ANITA SANDERS                    )    CASE NO.  2:07-CV-714 KJM
                                    )
15             Plaintiff,           )
16                                  )
                                    )
17 v.                               )    NOTICE AND ORDER OF
18                                  )    SUBSTITUTION OF COUNSEL
                                    )    FOR PLAINTIFF
19                                  )
20 COMMISSIONER OF                  )
        SOCIAL SECURITY             )
21                                  )
22             Defendant.           )
                                    )
23
24
25     TO THE DEFENDANT AND HIS ATTORNEY:
26
       PLEASE TAKE NOTICE ANITA SANDERS, Plaintiff in the above-captioned case,
27
   hereby substitutes SENGTHIENE BOSAVANH, whose office address and telephone number are
28

noted above, as her counsel, in the place and stead of CHARLES D. OREN.

Dated: December 11, 2007          /s/ Anita Sanders
                                  ANITA SANDERS

Dated: December 11, 2007          /s/ Sengthiene Bosavanh
                                  SENGTHIENE BOSAVANH, ESQ.
                                  Attorney for Plaintiff

Dated: December 11, 2007          /s/ Charles D. Oren
                                  CHARLES D. OREN, ESQ.

IT IS SO ORDERED.

Dated:  January 4, 2008.

_____
U.S. MAGISTRATE JUDGE