Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800


Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA


ANITA SANDERS                   )
                                )        2:07-CV-714 KJM RRB
                                )
          Plaintiff,            )        STIPULATION AND ORDER
                                )
vs.                             )
                                )
COMMISSIONER OF                 )
SOCIAL SECURITY,                )
                                )
          Defendant.            )
_____ )

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be

granted an extension of time, until February 1, 2008, in which to file Plaintiff's Summary

Judgement.  All remaining actions under the scheduling order filed, April 25, 2007, shall proceed

under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

1   Dated:  January 2, 2008                    /s/ Sengthiene Bosavanh

2                                              SENGTHIENE BOSAVANH, ESQ.
                                               Attorney for Plaintiff.
3

4   Dated: January 24, 2008                    MCGREGOR SCOTT
                                               United States Attorney
5
                                               By: /s/ Leo R. Montenegro
6                                              (as authorized via facsimile/e-mail)
                                               LEO R. MONTENEGRO
7                                              Assistant Regional Counsel

8
            IT IS SO ORDERED.
9

10
    Dated:  January 30, 2008.
11

12                                             _____

13                                             U.S. MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28