Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA SANDERS ) | 2:07-CV-714 KJM RRB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional extension of time, until February 8, 2008, in which to file Plaintiff's Summary Judgement, due to an extreme case backlog.  All remaining actions under the scheduling order filed, April 25, 2007, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated: February 1, 2008 | /s/ Sengthiene Bosavanh |
| 2 | | SENGTHIENE BOSAVANH, ESQ.<br>Attorney for Plaintiff. |
| 4 | Dated: February 1, 2008 | MCGREGOR SCOTT<br>United States Attorney |
| 6 | | By: /s/ Leo R. Montenegro<br>(as authorized via facsimile/e-mail)<br>LEO R. MONTENEGRO<br>Assistant Regional Counsel |

        IT IS SO ORDERED.

Dated: February 8, 2008.

_____
U.S. MAGISTRATE JUDGE