IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANITA SANDERS,

      Plaintiff,                                           No. CIV S-07-0714 JAM KJM

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.                                   <u>ORDER</u>

/

        This Social Security action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

        On September 2, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed September 2, 2008, are adopted in full;

1

2. Plaintiff's motion for summary judgment or remand is denied; and

3. The Commissioner's cross-motion for summary judgment is granted.

DATED: October 14, 2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

sanders714.jo